

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00820-CV

Buddy **CASTEEL** and Jaret B. Casteel,
Appellants

v.

Amelia **STAYTON** and Ray Baugh,
Appellees

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2014-3228-DC
Honorable Watt Murrah, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Jason Pulliam, Justice

Delivered and Filed:  April 22, 2015

DISMISSED

Appellant filed a motion to dismiss this appeal on April 6, 2015.  The motion contains a certificate of service to appellee.  We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against the party who incurred them.

PER CURIAM